429 A.2d 766

Easton Theatres v. Wells Fargo Land and MTG., Appellants.

■ Argued December 4, 1979.  Hon. Benjamin R. Jones, for appellants;  H. Donald Busch, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

429 A.2d 766

Modrak, Appellant at No. 212 v. Consolidated Foods Corp. et al., Appellant at No. 231.
Petition for Allowance of Appeal Denied May 8, 1981.

Argued November 13, 1979. George Retos, Jr., submitted a brief on behalf of appellant, (at No. 212);  Ronald J. Bergman, for appellant, (at No. 231); George Retos, Jr., submitted a brief on behalf of appellee, (at No. 231);  Ronald J. Bergman, for appellee, (at No. 212).

Before PRICE, HESTER and CAVANAUGH, JJ.

In No. 212 the order is affirmed;  in No. 231 the appeal is dismissed as moot.